ANTHONY H. MASON
Chapter 7 Trustee
1850 N CENTRAL AVENUE SUITE 930
PHOENIX, ARIZONA 85004
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STEWART, THOMAS EUGENE | ) | Case No. 2:09-bk-05374-RTB |
| | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor. | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

ANTHONY H. MASON, Trustee, reports that the following dividends in amounts less than $5.00 were declared, and pursuant to Bankruptcy Rule 3010 requests that such dividends not be distributed to creditors, but that they be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | U.S. TRUSTEE<br>230 N 1ST AVENUE, #204<br>PHOENIX, AZ 85003 | $2.03 |
| 3 | AUTOMATIC GATE SYSTEMS<br>237 S. 23RD STREET<br>PHOENIX, AZ 85034 | $1.86 |
| 4 | SOUTHWEST GAS CORPORATION<br>PO BOX 1498<br>VICTOVILLE, CA 92393-1498 | $1.39 |
| 6 | PYOD LLC assignee of CITIBANK<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | $3.77 |

| | |
|---|---|
| 1 | |
| 2 | DATED this 31st day of March 2011. |
| 3 | |
| 4 | /s/ Anthony H. Mason |
| | ANTHONY H. MASON, TRUSTEE |
| 5 | |